# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 12, 2016

Mr. Douglas J. Buncher
Neligan Foley, L.L.P.
325 N. Saint Paul Street
Suite 3600
Dallas, TX 75201


Ms. Stephanie Frederique Cagniart
Baker Botts, L.L.P.
98 San Jacinto Boulevard
San Jacinto Center
Suite 1500
Austin, TX 78701-4078


Mr. Theodore W. Daniel
Norton Rose Fulbright US, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-7932


Mr. Timothy Stuart Durst
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201


Mr. Nicholas A. Foley
Neligan Foley, L.L.P.
325 N. Saint Paul Street
Suite 3600
Dallas, TX 75201


Mr. Jonathan S. Franklin
Norton Rose Fulbright US, L.L.P.
799 9th Street, N.W.
Suite 1000
Washington, DC 20001-4501


Ms. Katherine D. Mackillop
Norton Rose Fulbright US, L.L.P.
1301 McKinney Street
Fulbright Tower

Suite 5100
Houston, TX 77010-3095


Mr. Scott Daniel Powers
Baker Botts, L.L.P.
98 San Jacinto Boulevard
San Jacinto Center
Suite 1500
Austin, TX 78701-4078


Mr. Kevin M. Sadler
Baker Botts, L.L.P.
1001 Page Mill Road
Building 1
Palo Alto, CA 94304-1007


Mr. Kyle Morris Schindler
Norton Rose Fulbright US, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-7932


Mr. Edward C. Snyder
Castillo Snyder, P.C.
300 Convent Street
Bank of America Plaza
Suite 1020
San Antonio, TX 78205-0000


Mr. Edward Frazer Valdespino
Strasburger & Price
2301 Broadway Street
San Antonio, TX 78215


    No. 13-11305   Ralph Janvey, et al v. Golf Channel,
Incorporated, et al
              USDC No. 3:11-CV-294


Dear Counsel:

The Court is requesting the parties to submit simultaneous letter
briefs (not exceeding 10 pages) within thirty days, or by later
than August 11, 2016, addressing the below issue:

> The impact on this case of the answer to the certified question provided by the
> Supreme Court of Texas.  The parties' letter briefs should address the interplay, if
> any, between the answer to the certified question and this court's determination
> that Golf Channel forfeited the argument that Stanford's payments were for "value"
> because they satisfied antecedent debt obligations.  *See Janvey v. Golf Channel,
> Inc.*, 792 F.3d 539, 546 n.7 (5th Cir. 2015).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Ms. Lisa Staler Gallerano
     Mr. W. Scott Hastings
     Ms. Mary L. O'Connor